No. 78–605. UNITED STATES ET AL. v. RUTHERFORD ET AL. C. A. 10th Cir. Motion of American Cancer Society for leave to file a brief as *amicus curiae* and certiorari granted. ■

No. 78–503. FRISBY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 78–516. BORDEN, INC. v. BERGLAND, SECRETARY OF AGRICULTURE. C. A. 7th Cir. Certiorari denied.

No. 78–641. STIVERS ET AL. v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–673. DAWSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–687. LOUISIANA LAND & EXPLORATION CO. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–693. BANE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–708. GREENE ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–709. WETTERLIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–714. WELCH, ADMINISTRATOR v. CLAYTOR, SECRETARY OF THE NAVY. C. A. 2d Cir. Certiorari denied. ■

No. 78–724. WALKER v. HOFFMAN ET AL. C. A. 9th Cir. Certiorari denied.